EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG  #3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00150 SOM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| vs. | ) | CONTINUE SENTENCING DATE |
| | ) | |
| PATRICK SHIN, (01) | ) | |
| JHL CONSTRUCTION, INC. (02) | ) | OLD DATE: January 5, 2006 |
| | ) | NEW DATE: February 27, 2006 |
| Defendant. | ) | TIME: 3:00 p.m. |
| | ) | JUDGE: Susan Oki Mollway |

STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED, by and between the parties, that the sentencings of defendants Patrick Shin and JHL Construction, Inc., shall be continued from January 5, 2006 at 2:15 p.m. to February 27, 2006, at 3:00 p.m. before Judge Susan Oki Mollway.

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

DEC 29 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII


This continuance was sought to allow the government the time necessary to respond to various memoranda filed by defendant Shin.

DATED: 12-23-05, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
LAWRENCE L. TONG
Assistant U.S. Attorney


_____
SAMUEL P. KING, JR.
Attorney for Defendant
PATRICK SHIN

_____
RUSTAM A. BARBEE
Attorney for Defendant
JHL CONSTRUCTION, INC.

APPROVED AND SO ORDERED:

_____
SUSAN OKI MOLLWAY
United States District Judge

United States v. Patrick Shin and JHL Construction, Inc.
Cr. No. 04-00150 SOM
"Stipulation and Order to Continue Sentencing Date"