AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

ORIGINAL

# UNITED STATES DISTRICT COURT

District of _____ Hawaii _____

UNITED STATES OF AMERICA

**V.**

JHL CONSTRUCTION, INC.

## JUDGMENT IN A CRIMINAL CASE
(For Organizational Defendants)

CASE NUMBER:   1:04CR00150-002

Rustam Barbee Esq.
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

X   pleaded guilty to count(s)   1 of the Information

☐   pleaded nolo contendere to count(s) _____
     which was accepted by the court.

☐   was found guilty on count(s) _____
     after a plea of not guilty.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2006

at 9 o'clock and 48 min. A M 78
SUE BEITIA, CLERK

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1001(a)(3) | False Statements | 9/8/03 | 1 |

The defendant organization is sentenced as provided in pages 2 through _____ 12 _____ of this judgment.

☐   The defendant organization has been found not guilty on count(s) _____

☐   Count(s) _____ ☐ is ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:   13-4219791

Defendant Organization's Principal Business Address:

1938 Hau Street

Honolulu, HI 96819

_____

_____

_____

Defendant Organization's Mailing Address:

1938 Hau Street

Honolulu, HI 96819

_____

_____

MARCH 8, 2006
Date of Imposition of Judgment

_____
Signature of Judge

SUSAN OKI MOLLWAY, United States District Judge
Name and Title of Judge

3/16/06
Date

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1A

Judgment—Page   2   of    12  

DEFENDANT ORGANIZATION:    JHL CONSTRUCTION, INC.
CASE NUMBER:    1:04CR00150-002

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

Judgment—Page ___3___ of ____12____

DEFENDANT ORGANIZATION:    JHL CONSTRUCTION, INC.
CASE NUMBER:    1:04CR00150-002

# PROBATION

The defendant organization is hereby sentenced to probation for a term of :

TWO (2) YEARS

The defendant organization shall not commit another federal, state or local crime.

       If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

       The defendant organization must comply with the standard conditions that have been adopted by this court as well as with  any additional conditions on the attached page (if indicated below).

▸      That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

# STANDARD CONDITIONS OF SUPERVISION

1)  within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2)  the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3)  the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4)  the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5)  the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6)  the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7)  the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2A — Probation

Judgment—Page    4    of    12

DEFENDANT ORGANIZATION:     JHL CONSTRUCTION, INC.
CASE NUMBER:     1:04CR00150-002

## ADDITIONAL PROBATION TERMS

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2B — Probation

Judgment—Page ___5___ of ___12___

DEFENDANT ORGANIZATION:   JHL CONSTRUCTION, INC.
CASE NUMBER:   1:04CR00150-002

# SPECIAL CONDITIONS OF SUPERVISION

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 2C — Probation

Judgment—Page __6__ of __12__

DEFENDANT ORGANIZATION:     JHL CONSTRUCTION, INC.
CASE NUMBER:     1:04CR00150-002

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 3 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___12___

DEFENDANT ORGANIZATION:    JHL CONSTRUCTION, INC.
CASE NUMBER:    1:04CR00150-002

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  400.00 | $  3,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |
| | | | |
| **TOTALS** | $ _____ | $ _____ | |

☐ Restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 3A — Criminal Monetary Penalties

Judgment — Page __8__ of __12__

DEFENDANT ORGANIZATION:        JHL CONSTRUCTION, INC.
CASE NUMBER:        1:04CR00150-002

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 3B — Criminal Monetary Penalties

DEFENDANT ORGANIZATION:    JHL CONSTRUCTION, INC.
CASE NUMBER:    1:04CR00150-002

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

---

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION:    JHL CONSTRUCTION, INC.
CASE NUMBER:    1:04CR00150-002

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**    ☐    Lump sum payment of $ _____ due immediately, balance due

   ☐   not later than _____ , or
   ☐   in accordance with   ☐ C or   ☐ D below; or

**B**    **x**    Payment to begin immediately (may be combined with   ☐ C or   ☐ D below); or

**C**    ☐    Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    **x**    Special instructions regarding the payment of criminal monetary penalties:

   That the fine of $3,000.00 is due within 7 days of today.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant organization shall pay the cost of prosecution.

☐    The defendant organization shall pay the following court cost(s):

☐    The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E       (Rev: 12/03) Judgment in a Criminal Case for Organizational Defendants
       Sheet 4A — Schedule of Payments

Judgment—Page   11   of    12

DEFENDANT ORGANIZATION:     JHL CONSTRUCTION, INC.
CASE NUMBER:     1:04CR00150-002

# ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

**Case Number**
**Defendant and Co-Defendant**
**Names (including defendant number)**       **Total Amount**       **Joint and Several Amount**       **Corresponding Payee, if appropriate**

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4B — Schedule of Payments

Judgment — Page ___12___ of ___12___

DEFENDANT ORGANIZATION:          JHL CONSTRUCTION, INC.
CASE NUMBER:          1:04CR00150-002

## ADDITIONAL FORFEITED PROPERTY